IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harris, Roscoe C | Case Number: 08 B 23494 |
|---|---|---|
| | Harris, Charrese Y | Judge: Wedoff, Eugene R |
| | Printed: 12/23/08 | Filed: 9/5/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: December 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Santander Consumer USA | Secured | 10,939.00 | 0.00 |
| 2. | Midwest Title | Secured | 1,144.37 | 0.00 |
| 3. | Illinois Dept of Revenue | Priority | 458.66 | 0.00 |
| 4. | Santander Consumer USA | Unsecured | 100.09 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 12.50 | 0.00 |
| 6. | AmeriCash Loans, LLC | Unsecured | 123.76 | 0.00 |
| 7. | Workforce Financial | Unsecured | 144.00 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 12.50 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 12.50 | 0.00 |
| 10. | Receivables Management Inc | Unsecured | 80.50 | 0.00 |
| 11. | Midland Credit Management | Unsecured | 120.13 | 0.00 |
| 12. | Debt Recovery Solutions | Unsecured | 15.95 | 0.00 |
| 13. | Pay Day Loans | Unsecured | 128.94 | 0.00 |
| 14. | Merrick Bank | Unsecured | 114.92 | 0.00 |
| 15. | America's Financial Choice Inc | Unsecured | 137.36 | 0.00 |
| 16. | Premier Bankcard | Unsecured | 39.41 | 0.00 |
| 17. | Genesis Financial Services Corp | Unsecured | 96.83 | 0.00 |
| 18. | National City Bank | Unsecured | 28.85 | 0.00 |
| 19. | Portfolio Recovery Associates | Unsecured | 60.78 | 0.00 |
| 20. | Jefferson Capital Systems LLC | Unsecured | 106.00 | 0.00 |
| 21. | Illinois Dept of Revenue | Unsecured | 62.62 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 69.16 | 0.00 |
| 23. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 24. | America's Financial Choice Inc | Unsecured | | No Claim Filed |
| 25. | AFNI | Unsecured | | No Claim Filed |
| 26. | Alliance Asset Management | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harris, Roscoe C | Case Number: 08 B 23494 |
| --- | --- | --- |
| | Harris, Charrese Y | Judge: Wedoff, Eugene R |
| | Printed: 12/23/08 | Filed: 9/5/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 27. | Advance America | Unsecured | | No Claim Filed |
| 28. | Americredit Financial Ser Inc | Unsecured | | No Claim Filed |
| 29. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 30. | Americash Loans | Unsecured | | No Claim Filed |
| 31. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 32. | Capital One | Unsecured | | No Claim Filed |
| 33. | Collection Company Of America | Unsecured | | No Claim Filed |
| 34. | Collection Company Of America | Unsecured | | No Claim Filed |
| 35. | Advance America | Unsecured | | No Claim Filed |
| 36. | Collection Company Of America | Unsecured | | No Claim Filed |
| 37. | Encore | Unsecured | | No Claim Filed |
| 38. | First Choice Loans | Unsecured | | No Claim Filed |
| 39. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 40. | Consultants In Clinical Pathol | Unsecured | | No Claim Filed |
| 41. | First Premier | Unsecured | | No Claim Filed |
| 42. | Heights Finance Corp | Unsecured | | No Claim Filed |
| 43. | Illinois Tollway | Unsecured | | No Claim Filed |
| 44. | Illinois Title Loans | Unsecured | | No Claim Filed |
| 45. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 46. | Collection Company Of America | Unsecured | | No Claim Filed |
| 47. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 48. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 49. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 50. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 51. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 52. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 53. | Plaza Associates | Unsecured | | No Claim Filed |
| 54. | Medical Collections | Unsecured | | No Claim Filed |
| 55. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 56. | Payday Loan | Unsecured | | No Claim Filed |
| 57. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 58. | Paragon Way Inc | Unsecured | | No Claim Filed |
| 59. | National Quick Cash | Unsecured | | No Claim Filed |
| 60. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 61. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 62. | Sun Cash | Unsecured | | No Claim Filed |
| 63. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 64. | Receivables Management Inc | Unsecured | | No Claim Filed |
| 65. | Pay Day Loans | Unsecured | | No Claim Filed |
| 66. | RWDS660-DSB | Unsecured | | No Claim Filed |
| 67. | QC Financial Services | Unsecured | | No Claim Filed |
| 68. | Southwest Radiological Assoc | Unsecured | | No Claim Filed |
| 69. | Southwest Hospital | Unsecured | | No Claim Filed |
| 70. | Zenith Acquisition | Unsecured | | No Claim Filed |
| 71. | Village of Lansing | Unsecured | | No Claim Filed |
| 72. | Village of Lansing | Unsecured | | No Claim Filed |
| 73. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Harris, Roscoe C
Harris, Charrese Y
Printed: 12/23/08

Case Number: 08 B 23494
Judge: Wedoff, Eugene R
Filed: 9/5/08

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
|  |  | $ 14,008.83 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

